IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 16-cv-00205-RPM

LUPE SANDOVAL,

      Plaintiff,

v.

UNION SECURITY INSURANCE COMPANY,

      Defendant.

_____

ORDER EXTENDING TIME TO REVIEW ADMINISTRATIVE RECORD
_____

Upon review of the Joint Statement [Doc. 18] it is

ORDERED that plaintiff's request for an extension of time to and including April

28, 2016, to review the AR is granted.

DATED:   April 22nd, 2016

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____

                            Richard P. Matsch, Senior Judge